UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                           §
                                                 §
MINGURA, DEREK RUSSELL                           §     Case No. 13-20894
MINGURA, STEPHANIE LYNN                          §
                                                 §
                                                 §
_____Debtor(s)_____  §_____

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/David P. Gardner_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No.: | 13-20894  TLM  Judge: Terry L. Myers | |
| Case Name: | MINGURA, DEREK RUSSELL | |
| | MINGURA, STEPHANIE LYNN | |
| For Period Ending: | 04/01/14 | |

| | |
|---|---|
| Trustee Name: | David P. Gardner |
| Date Filed (f) or Converted (c): | 09/06/13 (f) |
| 341(a) Meeting Date: | 10/23/13 |
| Claims Bar Date: | 02/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Acct No.: 2896 | 132.32 | 33.08 | | 33.08 | FA |
| 2. Downey Federal Credit Union Card No. 4780 | 14.44 | 3.61 | | 3.61 | FA |
| 3. Property Management Investment | 600.00 | 600.00 | | 0.00 | FA |
| 4. Bedding $10, Towels $5, Scale $3, 3 Laundry Basket | 3,471.00 | 0.00 | | 0.00 | FA |
| 5. Hot Wheel Car $1, 6 Starwar Figures $12, Coin Coll | 615.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Clothing, Jackets, Shoes, etc | 735.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Rings $400.00 Class Ring $50 3 Necklaces $ | 525.00 | 0.00 | | 0.00 | FA |
| 8. HMR 17 | 200.00 | 0.00 | | 0.00 | FA |
| 9. 12 Gauge Shotgun | 200.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) through Scafco Corp. | 625.50 | 0.00 | | 0.00 | FA |
| 11. 2005 Chevy Express Van Power windows/locks/steerin | 6,000.00 | 0.00 | | 0.00 | FA |
| 12. 2000 Chevy Silverado Standard cab, 2 Door, 2WD, Po | 3,000.00 | 0.00 | | 0.00 | FA |
| 13. 1997 VW Jetta 4 Door, Manual, Sun Roof, AM/FM/CD 1 | 500.00 | 0.00 | | 0.00 | FA |
| 14. 5 Office Chairs $25, 2 Folding Chairs $10, 2 Foldi | 232.00 | 0.00 | | 0.00 | FA |
| 15. Dog | 10.00 | 0.00 | | 0.00 | FA |
| 16. 2013 tax refunds (u) Fed: $7,148  $3,399 ID: $1,535 | 0.00 | 3,593.12 | | 3,593.12 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $16,860.26    $4,229.81    $3,629.81    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-20894    TLM    Judge: Terry L. Myers | Trustee Name: | David P. Gardner |
| Case Name: | MINGURA, DEREK RUSSELL | Date Filed (f) or Converted (c): | 09/06/13 (f) |
| | MINGURA, STEPHANIE LYNN | 341(a) Meeting Date: | 10/23/13 |
| | | Claims Bar Date: | 02/06/14 |

Initial Projected Date of Final Report (TFR): 04/30/14     Current Projected Date of Final Report (TFR): 04/30/14

/s/ David P. Gardner
_____    Date: 04/01/14
DAVID P. GARDNER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-20894 -TLM | Trustee Name: | David P. Gardner |
|---|---|---|---|
| Case Name: | MINGURA, DEREK RUSSELL | Bank Name: | Union Bank |
|  | MINGURA, STEPHANIE LYNN | Account Number / CD #: | *******4421 Checking Account |
| Taxpayer ID No: | *******0543 |  |  |
|  |  | Blanket Bond (per case limit): | $ 78,692,000.00 |
| For Period Ending: | 04/01/14 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Note: Column 5 header is "Uniform Tran. Code", column 6 is "Deposits ($)", column 7 is "Disbursements ($)", column 8 is "Account / CD Balance ($)".

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 03/19/14 | 16 | DEREK AND STEPHANIE MINGURA<br>4434 S. BOISEN LOOP<br>COEUR D ALENE, ID 83814 | 2013 TAX REFUNDS | 1224-000 | 1,000.00 |  | 1,000.00 |
| 03/19/14 | 16 | DEREK AND STEPHANIE MINGURA<br>4434 S. BOISEN LOOP<br>COEUR D ALENE, ID 83814 | 2013 TAX REFUNDS | 1224-000 | 1,000.00 |  | 2,000.00 |
| 03/19/14 | 16 | DEREK AND STEPHANIE MINGURA<br>4434 S. BOISEN LOOP<br>COEUR D ALENE, ID 83814 | 2013 TAX REFUNDS | 1224-000 | 1,000.00 |  | 3,000.00 |
| 03/19/14 |  | DEREK AND STEPHANIE MINGURA<br>4434 S. BOISEN LOOP<br>COEUR D ALENE, ID 83814 | 2013 TAX REFUNDS/CASH ON DEPOSIT |  | 629.81 |  | 3,629.81 |
|  | 16 | MINGURA, DEREK RUSSELL | Memo Amount: 593.12<br>2013 TAX REFUNDS | 1224-000 |  |  |  |
|  | 1, 2 | MINGURA, DEREK RUSSELL | Memo Amount: 36.69<br>Cash on deposit accounts | 1129-000 |  |  |  |

Page Subtotals    3,629.81    0.00

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-20894 -TLM | Trustee Name: | David P. Gardner |
|---|---|---|---|
| Case Name: | MINGURA, DEREK RUSSELL | Bank Name: | Union Bank |
| | MINGURA, STEPHANIE LYNN | Account Number / CD #: | *******4421 Checking Account |
| Taxpayer ID No: | *******0543 | | |
| For Period Ending: | 04/01/14 | Blanket Bond (per case limit): | $ 78,692,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 629.81 | COLUMN TOTALS | 3,629.81 | 0.00 | 3,629.81 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 3,629.81 | 0.00 | |
| Memo Allocation Net: | 629.81 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 3,629.81 | 0.00 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 629.81 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******4421 | 3,629.81 | 0.00 | 3,629.81 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 629.81 | | 3,629.81 | 0.00 | 3,629.81 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

                                          /s/   David P. Gardner
Trustee's Signature: _____  Date: 04/01/14
                            DAVID P. GARDNER

Page Subtotals                                           0.00          0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 01, 2014 |

Case Number:   13-20894  
Debtor Name:   MINGURA, DEREK RUSSELL  
Claims Bar Date: 02/06/14  

Claim Class Sequence  
Joint Debtor:  MINGURA, STEPHANIE LYNN

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD BANK, USA<br>PO BOX 248866<br>OKLAHOMA CITY, OK 73124-8866 | Unsecured | Filed 11/13/13<br>Credit card charges; Acct ending 9490<br>TD Bank USA<br>DPG OK'D 3/10/14 | $414.64 | $449.64 | $449.64 |
| 000002<br>070<br>7100-00 | ASSET ACCEPTANCE<br>P.O. BOX 2036<br>WARREN, MI 48090-2036 | Unsecured | Filed 11/18/13<br>(2-1) 123081602<br>Money loaned; Acct ending 8565<br>GE Capital Retail Bank/Old Navy<br>DPG OK'D 3/10/14 | $2,457.62 | $2,457.62 | $2,457.62 |
| 000003<br>070<br>7100-00 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured | Filed 12/04/13<br>(3-1) UNSECURED DEBT<br>Unsecured Debt; Acct ending 6191<br>Lane Bryant/Comenity Bank<br>DPG OK'D 3/10/14 | $703.19 | $820.35 | $820.35 |
| 000004<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | Filed 12/10/13<br>Money loaned; Acct ending 4009<br>Capital One Bank USA NA<br>DPG OK'D 3/10/14 | $0.00 | $1,816.62 | $1,816.62 |
| 000005<br>070<br>7100-00 | VALLEY EMPIRE COLLECTION<br>8817 E MISSION AVE SUITE 101<br>SPOKANE VALLEY, WA 99212 | Unsecured | Filed 12/31/13<br>(5-1) ITEMIZED STATEMENT AND ADDITIONAL COSTS<br>Collection for Incyte Pathology; Acct ending 2272892<br>DPG OK'D 3/10/14 | $27.36 | $29.05 | $29.05 |
| 000006<br>070<br>7100-00 | ECAST SETTLEMENT CORP.<br>ASSIGNEE OF CAPITAL ONE, N.A.<br>PO BOX 7247-6971<br>PHILADELPHIA, PA 19170-6971 | Unsecured | Filed 01/23/14<br>Goods Sold; Acct ending 9750<br>Best Buy Co., Inc.<br>DPG OK'D 3/10/14 | $1,683.35 | $1,757.68 | $1,757.68 |
| 000007<br>070<br>7100-00 | NORTH IDAHO CREDIT<br>1919 NORTH 3RD<br>COEUR D ALENE, ID 83814 | Unsecured | Filed 01/23/14<br>Medical Bill; Acct ending 3890<br>Collection for Kootenai Medical Center<br>DPG OK'D 3/10/14 | $494.72 | $527.70 | $527.70 |
| 000008<br>070<br>7100-00 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Unsecured | Filed 01/27/14<br>(8-1) CHEVRON TEXACO PLCC<br>Credit card; Acct ending 0913<br>Chevron Texaco PLCC<br>DPG OK'D 3/10/14 | $615.10 | $615.10 | $615.10 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: April 01, 2014 |

Case Number: 13-20894  
Debtor Name: MINGURA, DEREK RUSSELL  
Claims Bar Date: 02/06/14

Claim Class Sequence

Joint Debtor: MINGURA, STEPHANIE LYNN

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | CAPITAL RECOVERY V, LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | Filed 01/27/14 (9-1) CHEVRON TEXACO PLCC Credit card; Acct ending 6674 Chevron Texaco PLLC DPG OK'D 3/10/14 | $723.86 | $723.86 | $723.86 |
| 000010 070 7100-00 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured | Filed 01/31/14 Citibank SD NA; Acct ending 4525 Home Depot DPG OK'D 3/10/14 | $6,643.11 | $7,008.86 | $7,008.86 |
| 000011 070 7100-00 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured | Filed 01/31/14 Citibank SD NA; Acct ending 5427 Sears DPG OK'D 3/10/14 | $790.95 | $790.95 | $790.95 |
| 000012 070 7100-00 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured | Filed 02/04/14 Citibank SD NA; Acct ending 4526 Exxonmobil Consumer DPG OK'D 3/10/14 | $897.05 | $897.05 | $897.05 |
| | Case Totals: | | | $15,450.95 | $17,894.48 | $17,894.48 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-20894
Case Name: MINGURA, DEREK RUSSELL
       MINGURA, STEPHANIE LYNN
Trustee Name: David P. Gardner

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: David P. Gardner | $ | $ | $ |
| Trustee Expenses: David P. Gardner | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |
| 000002 | ASSET ACCEPTANCE | $ | $ | $ |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 000004 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000005 | VALLEY EMPIRE COLLECTION | $ | $ | $ |
| 000006 | ECAST SETTLEMENT CORP. | $ | $ | $ |
| 000007 | NORTH IDAHO CREDIT | $ | $ | $ |
| 000008 | CAPITAL RECOVERY V, LLC | $ | $ | $ |
| 000009 | CAPITAL RECOVERY V, LLC | $ | $ | $ |
| 000010 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ | $ | $ |
| 000011 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE